COPY

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                      District of      California

2008 FEB 15  PM 3: 29

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

V.

BY_____DEPUTY

STAR ASIA, U.S.A., LLC, a Washington Corporation; and DOES
1 – 100

'08 CV 0307  H  JMA

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
858-362-3150

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

FEB 1 5 2008

CLERK                                           DATE

J. PARIS

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com