AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF California

JENS ERIK SORENSEN, as Trustee of SORENSEN
RESEARCH AND DEVELOPMENT TRUST
v.

STAR ASIA, U.S.A., LLC, a Washington Corporation

**APPEARANCE**

Case Number: 08cv307 BTM CAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Jens Erik Sorensen, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST.
Plaintiff respectfully requests that all pleadings and other documents be addressed to his counsel as follows:
J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Telephone (858)362-3151
michael@kalerlaw.com

I certify that I am admitted to practice in this court.

March 4, 2008
Date

Signature

J. Michael Kaler — SBN 158296
Print Name — Bar Number

9930 Mesa Rim Rd., Suite 200
Address

San Diego | CA | 92121
City | State | Zip Code

858-362-3150 | 858-824-9073
Phone Number | Fax Number

American LegalNet, Inc.
www.USCourtForms.com