1 | H. Albert Richardson (Pending Admission *Pro Hac Vice*)
2 | BLACK LOWE & GRAHAM
  | 701 Fifth Avenue, Suite 4800
3 | Seattle, Washington 98104
  | Tel: (206) 381-3300
4 | richardson@Blacklaw.com

5 | Richard A. Clegg, SBN 211213
6 | SELTZER CAPLAN MCMAHON VITEK
  | 750 B St., Ste. 2100
7 | San Diego, California 92101
  | Tel: (619) 685-3086
8 | clegg@scmv.com

10 | Attorneys for Defendant STAR ASIA

11 | J. Michael Kaler, SBN 158296
   | KALER LAW OFFICES
12 | 9930 Mesa Rim Road, Suite 200
13 | San Diego, California 92121
   | Tel: (858) 362-3151
14 | michael@kalerlaw.com

15 | Attorneys for Plaintiff SORENSEN RESEARCH & DEVELOPMENT TRUST

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>STAR ASIA USA, LLC; and DOES 1 to 100,<br><br>Defendants. | CASE NO. 08 CV 0307 BTM (CAB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Honorable Barry T. Moskowitz<br>Date: TBD<br>Time: TBD<br>Location: Courtroom 15 |

On February 15, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against STAR ASIA USA, LLC; in the United States District Court for the Southern District of California, Case No. 08 CV 0307.

According to Plaintiff, Defendant STAR ASIA USA, LLC's responses to the Complaint for Patent Infringement is due on March 24, 2008. Plaintiff has agreed to extend the deadline for Defendant STAR ASIA USA, LLC to respond to Plaintiff's Complaint from March 24, 2008 to April 24, 2008.

## STIPULATION

Pursuant to CivLR 7.2 and 12.1, and subject to approval of the Court, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff"), and Defendant STAR ASIA USA, LLC ("Defendant") hereby stipulate that the time within which Defendant shall move, plead, or otherwise respond to Plaintiff's Complaint shall be and hereby is extended until April 24, 2008. A proposed order has been submitted to chambers.

Dated: March 12, 2008

KALER LAW OFFICES

By: /s/ J. Michael Kaler
    J. Michael Kaler

Attorneys for Plaintiff JENS ERIK SORENSEN, AS TRUSTEE OF SORENSEN RESEARCH AND DEVELOPMENT TRUST

Dated: March 12, 2008

SELTZER CAPLAN MCMAHON VITEK

By: /s/ Richard A. Clegg
    Richard A. Clegg

Attorneys for Defendant STAR ASIA USA, LLC