STAR ASIA USA adv. JENS ERIK SORENSEN
CASE NO.08CV0307 BTM (CAB)

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, the following JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT was filed and served via the Electronic Case Management System.

James Michael Kaler
Law Offices of James M Kaler
9930 Mesa Rim Road
Suite 200
San Diego, CA 92121
michael@kalerlaw.com
funlawguy@yahoo.com

Melody A Kramer
Kramer Law Office
9930 Mesa Rim Road
Suite 1600
San Diego, CA 92121
mak@kramerlawip.com
esbjork@gmail.com

/S/ Richard A. Clegg
Richard A. Clegg, Esq.