1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>STAR ASIA USA, LLC; and DOES 1 to 100,<br><br>    Defendants. | CASE NO. 08 CV 0307 BTM (CAB)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to stipulation by the parties and good cause appearing therefore, the Court
2  hereby grants the parties' Joint Motion to extend the deadline for Defendant STAR ASIA
3  USA, LLC to respond to Plaintiff's complaint from March 24, 2008 to April 24, 2008.
4  IT IS SO ORDERED.

6  Dated: March 19, 2008

   Judge of the United States District Court

1 P:\14\14018\63636\Pleads\ORDER TO GRANT EXTENSION.doc