**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

SEATTLE WA 98178

| | |
|---|---|
| Postage | $1.65 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.45 |

Postmark Here — FEB 02/22/2008

Sent To: Star-Asia
Steve Tsitsis
Street, Apt. No.; or PO Box No.: 7638 S Mission Dr.,
City, State, ZIP+4: Seattle, WA 98178

Article number: 7001 0320 0004 3020 1427

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steve Tsitsis
7638 S Mission Dr.,
Seattle, WA 98178

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): STEVE TSITSIS
C. Date of Delivery: 2/27/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: FEB 27 2008 SEATTLE WA]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0004 3020 1427

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540