H. Albert Richardson (Pending Admission *Pro Hac Vice*)
BLACK LOWE & GRAHAM
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Tel: (206) 381-3300
richardson@Blacklaw.com

Richard A. Clegg, SBN 211213
SELTZER CAPLAN MCMAHON VITEK
750 B St., Ste. 2100
San Diego, California 92101
Tel: (619) 685-3086
clegg@scmv.com

Attorneys for Defendant STAR ASIA, U.S.A., LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>STAR ASIA, U.S.A., LLC; and DOES 1 to 100<br><br>Defendants. | CASE NO. 08 CV 0307 BTM (CAB)<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT STAR ASIA, U.S.A., LLC** |

## I. ANSWER

Defendant, Star Asia, U.S.A., LLC (Star Asia), responds to Plaintiff's Complaint for Patent Infringement (the "Complaint") as follows:

1. By way of answer to paragraph 1 therein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

2.     By way of answer to paragraph 2 therein, Star Asia admits that it is a corporation organized under the laws of the state of Washington but denies all other allegations made in such paragraph. Star Asia states that its current business address is 1904 "B" St. NW, Building C, Suite 120, Auburn, Washington 98001.

3.     By way of answer to paragraph 3 therein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

4.     By way of answer to paragraph 4 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same.  To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

5.     By of answer to paragraph 5 therein, the same appears to contain mere conclusions of law to which no response is required. To the extent that such paragraph might be construed to contain factual allegation, then each and every such allegation is denied. Defendant specifically denies that it has in any way violated any of the statutes or laws set forth therein.

6.     By way of answer to paragraph 6 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent that the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

7.     By way of answer to paragraph 7 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent that the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

8.  By way of answer to paragraph 8 therein, wherein Plaintiff purports to incorporate by reference therein paragraphs 1-7 of the Complaint, Star Asia incorporates by reference and reasserts its respective answers stated above to each of paragraphs 1-7 of the Complaint, the same being paragraphs 1-7 of this Answer.

9.  By way of answer to paragraph 9 therein, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

10. By way of answer to paragraph 10 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

11. By way of answer to paragraph 11 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

12. By way of answer to paragraph 12, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

13. By way of answer to paragraph 13 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent that the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

14. By way of answer to paragraph 14 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent that the allegations are directed at other unnamed

defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

15. By way of answer to paragraph 15 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same. .

16. By way of answer to paragraph 16 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same. .

17. By way of answer to paragraph 17 therein, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

18. By way of answer to paragraph 18 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent that the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

19. By way of answer to paragraph 19 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent that the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

20. By way of answer to paragraph 20 therein, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

21. By way of answer to paragraph 21 therein, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

22. By way of answer to paragraph 22 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

23. By way of answer to paragraph 23 therein, Star Asia denies the same.

24. By way of answer to paragraph 24 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

25. By way of answer to paragraph 25 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

26. By way of answer to paragraph 26 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

27. By way of answer to paragraph 27 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

28. By way of answer to paragraph 28 therein, to the extent the allegations are directed at Star Asia, Star Asia denies the same. To the extent the allegations are directed at other unnamed defendants, Star Asia is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

29. By way of answer to Plaintiff's Prayer for Relief, to the extent that such prayer contains factual allegations Star Asia denies the same.

30. Star Asia hereby denies each and every allegation in Plaintiff's complaint for patent infringement not expressly answered herein.

## II. AFFIRMATIVE DEFENSES

1. Star Asia would show that the Court lacks personal jurisdiction over Star Asia.

2. Star Asia would show that venue in this District is improper.

3. On information and belief, Star Asia would show that the '184 patent is invalid under 35 U.S.C. § 102 and/or § 103.

4. Star Asia would show that the complaint for patent infringement fails to state a claim upon which relief can be granted.

WHEREFORE, Star Asia prays as follows:

1. That Plaintiff take nothing on its Amended Complaint and that the Court enter judgment in Star Asia's favor;

2. That the Court award Star Asia its costs of suit incurred in defense of this action; and

3. That the Court award such other and further relief to Star Asia as it deems proper.

DATED: April 24, 2008

SELTZER CAPLAN MCMAHON VITEK

By: /s/ Richard A. Clegg
    Richard A. Clegg

BLACK LOWE & GRAHAM PLLC

By: /s/
    H. Albert Richardson
    (Pending *pro hac vice* approval)

Attorneys for Defendant STAR ASIA, U.S.A., LLC