STAR ASIA USA adv. JENS ERIK SORENSEN
CASE NO.08CV0307 BTM (CAB)

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, the following **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT STAR ASIA, U.S.A., LLC** was filed and served via the Electronic Case Management System.

| | |
|---|---|
| James Michael Kaler | Melody A Kramer |
| Law Offices of James M Kaler | Kramer Law Office |
| 9930 Mesa Rim Road | 9930 Mesa Rim Road |
| Suite 200 | Suite 1600 |
| San Diego, CA 92121 | San Diego, CA 92121 |
| michael@kalerlaw.com | mak@kramerlawip.com |
| funlawguy@yahoo.com | esbjork@gmail.com |

/S/ Richard A. Clegg
Richard A. Clegg, Esq.