1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11    JENS ERIK SORENSEN,                                CASE NO. 08CV134 BTM (CAB)
                                                                  NO. 08CV232
12                                  Plaintiff,                     NO. 08CV304
            vs.                                                   NO. 08CV307
13                                                                NO. 08CV559

14    INFORMATICS, INC.
                                                        ORDER STAYING RESOLUTION OF
15                                  Defendant.           MOTIONS

16    and related cases.
      _____
17
            The Court stays resolution of all pending motions  in the above cases until the Court
18
      resolves the issue of whether these cases shall be stayed.  Neither party shall file any further
19
      briefing on pending motions until notified otherwise.
20
      IT IS SO ORDERED.
21

22

23    DATED:  April 25, 2008

24                                                      Honorable Barry Ted Moskowitz
25                                                      United States District Judge

26

27

28

1                                                07CV2278