# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>                Plaintiff,<br>vs.<br>STAR ASIA, USA, LLC,<br><br>                Defendant. | CASE NO. 08CV307 BTM (CAB)<br><br>ORDER TO SHOW CAUSE |

The Court orders the parties to show cause why this case should not be stayed pending reexamination of the '184 patent. Parties shall file written responses to this order to show cause by May 16, 2008. All other pending motions filed in this case shall be stayed pending resolution of this OSC.

IT IS SO ORDERED.

DATED: April 25, 2008

                                                                     */s/ Barry Ted Moskowitz*<br>
                                                                    Honorable Barry Ted Moskowitz<br>
                                                                    United States District Judge