J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
Email: michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
Email: mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　Plaintiff,<br>　v.<br>STAR ASIA USA, LLC; and DOES 1 to 100,<br>　　　　　Defendants. | Case No. 08 CV 307 BTM CAB<br><br>**DECLARATION OF MELODY A. KRAMER RE ORDER TO SHOW CAUSE IN OPPOSITION TO STAY**<br><br>Opposition Date: May 16, 2008<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. This declaration is made in support of Plaintiff's Response to Order to Show Cause.

4. Plaintiff first learned of Defendant's alleged infringement in 2006. Thereafter, beginning in December 2006 and continuing into December 2007, the parties were engaged in communications regarding SRDT's allegations of infringement.

5. However, when Defendant learned of the existence of a reexamination, it refused to either continue negotiations or to sign a tolling agreement.

6. Thus, Plaintiff had no choice but to file suit and did so on February 15, 2008.

7. The USPTO's "*Ex Parte* Reexamination Filing Data – March 31, 2008" report reflects 92% of ex parte reexamination requests are granted. However, the same report shows that only 10% of reexaminations result in cancellation of all claims. A true and correct copy of this report is attached hereto as Exhibit A.

8. No reexamination requests were made until 17 years into the life of the '184 patent, despite numerous lawsuits with regard to the '184 patent during that time.

9. As to the '184 patent, one reexamination has now blossomed into two reexaminations, and there is no end in sight. Now, roughly ten months after the first reexamination request was filed, no first office action (the first substantive step of a reexamination) has yet issued, and there is no mandatory deadline for when the PTO is required to issue one.

1  10. Well-known intellectual property attorney and law professor, Harold Wegner, (and incidently, a partner at Foley & Lardner, attorneys for two defendants in the *Black & Decker* case), has been reported in the San Diego Intellectual Property Lawyers Association journal as stating that "today the average ex parte reexamination takes about 5 years (vs. the PTO's claim that it takes 2 years). If an appeal to the CAFC is involved, that extends the period to 7.7 years."

11. Although neither Mr. Wegner nor the columnist who quoted him would share any further details with Plaintiff.

12. Plaintiff has begun research on its own and found many reexaminations that have substantially exceeded 2 years. Some examples are the following:

| | |
|---|---|
| U.S. Patent No. 4,918,104 | Reexam request filed Oct. 2, 1990<br>Reexam certificate issued Feb. 19, 2008<br>= over 17 years |
| U.S. Patent No. 4,435,732 | Reexam requests filed Oct. 20, 1989<br>and Feb. 20, 1992<br>Reexam certificate issued May 2, 2006<br>= over 16 years |
| U.S. Patent No. 4,471,385 | Reexam requests filed Oct. 19, 1989<br>and Dec. 13, 1999<br>Reexam certificate issued Aug. 24, 2004<br>= over 14 years |

An additional non-comprehensive list of over 90 completed reexaminations that took in excess of seven years to complete is attached Appendix A to the responsive memorandum. Plaintiff's research has also discovered many reexaminations for which no certificate (marking completion of the reexamination) has yet issued after many years in the reexamination process. Appendix B to the responsive memorandum is a non-comprehensive list.

1  SWORN TO under penalty of perjury of the laws of the State of California
2  this 16th day of May, 2008.

        /s/ Melody A. Kramer
        Melody A. Kramer, Esq.

# EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - March 31, 2008

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 9225[1]

    a. By patent owner                          3520    38%
    b. By other member of public                5540    60%
    c. By order of Commissioner                  165     2%

2. Number of filings by discipline

    a. Chemical Operation                       2735    30%
    b. Electrical Operation                     3111    34%
    c. Mechanical Operation                     3379    36%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 520 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 642 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 330 YTD |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 436 | | |

4. Number known to be in litigation ................................ 2465    27%

5. Determinations on requests ........................................... 8874

    a. No. granted ....................................... 8150 .......... 92%

        (1) By examiner                            8037
        (2) By Director (on petition)               113

    b. No. denied ........................................ 724 .......... 8%

        (1) By examiner                             689
        (2) Order vacated                            35

---

[1] Of the requests received in FY 2008, 28 requests have not yet been accorded a filing date, and preprocessing of 13 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6. Total examiner denials (includes denials reversed by Director) .................... 802

    a. Patent owner requester     440    55%
    b. Third party requester     362    45%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency     24.1 (mos.)
    b. Median pendency     18.8 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 28% | 12% | 26% |
| b. All claims cancelled | 7% | 13% | 21% | 10% |
| c. Claims changes | 70% | 59% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) ................ 6164

    a. Certificates with all claims confirmed     1575    26%
    b. Certificates with all claims canceled     658    10%
    c. Certificates with claims changes     3931    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates - PATENT OWNER REQUESTER ......................... 2632

        (1) All claims confirmed     595    23%
        (2) All claims canceled     198    7%
        (3) Claim changes     1839    70%

    b. Certificates - 3rd PARTY REQUESTER ............................. 3386

        (1) All claims confirmed     962    28%
        (2) All claims canceled     432    13%
        (3) Claim changes     1992    59%

    c. Certificates - COMM'R INITIATED REEXAM ......................... 146

        (1) All claims confirmed     18    12%
        (2) All claims canceled     30    21%
        (3) Claim changes     98    67%

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\REXSTATz xp Mar2008.wpd