1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   JENS ERIK SORENSEN,                          CASE NO. 08CV307 BTM (CAB)

12                           Plaintiff,           ORDER GRANTING PARTIAL STAY
              vs.
13   STAR ASIA USA, LLC.,

14                           Defendant.

15

16          On April 25, 2008, the Court ordered the parties to show cause why this case should

17   not be stayed pending reexamination of the '184 patent. The Court has reviewed the

18   responses from the parties and concludes that a partial stay is appropriate in this case.

19          Defendant Star Asia USA has asserted lack of personal jurisdiction and improper

20   venue as affirmative defenses.  The Court declines to  stay resolution of  these  threshold

21   procedural questions because determination of jurisdiction and venue is  unrelated to the

22   substantive issues that are the subject of reexamination.  The parties may engage in

23   jurisdiction and venue related discovery only pursuant to an expedited schedule to be issued

24   by the magistrate judge. Defendant shall file a motion to dismiss for lack of personal

25   jurisdiction and improper venue on or before July 11, 2008. Defendant shall contact

26   chambers the day before filing to obtain a hearing date.

27          The Court grants a  stay as to the remainder of the litigation for the reasons stated in

28   the Court's order granting stay in Sorensen v. Black and Decker, 06cv1572, Docket No. 243

1  and on the record at the February 25, 2008 status conference in <u>Sorensen v. Helen of Troy</u>,

2  06cv2278.  The Court concludes that a reasonable stay is appropriate in this case because

3  the litigation is in its early stages, Plaintiff has not established undue prejudice, and the

4  reexamination will simplify issues for the Court and save expense for the parties.  <u>See</u>, <u>e.g.</u>,

5  <u>Xerox Corp. v. 3Com Corp.</u>, 69 F. Supp. 2d 404, 406 (W.D.N.Y. 1999). However, if it appears

6  that the reexamination will not be effected within a reasonable time, Plaintiff may move to

7  vacate the stay.  Defendants are advised to identify and submit any relevant  prior art that

8  is not already being considered by the United States Patent Office as soon as possible to

9  facilitate the completion of the reexamination process within a reasonable time period.

10         Additionally, any party may apply to the Court for an exception to the stay if it has

11  specific, valid reasons to believe that it needs to obtain discovery in order to preserve

12  evidence that will otherwise be unavailable after the stay. Defendant is ordered to file a

13  notice informing the Court of the PTO's decision on the pending application for reexamination

14  within 10 days of receipt of such decision.

15         For the reasons set forth above, the Court orders a partial stay of this case.  All other

16  pending motions in this case are DENIED as premature. Plaintiff may renew these motions

17  after the stay has been lifted.

18  IT IS SO ORDERED.

19  DATED:  May 23, 2008

20

21                                 Honorable Barry Ted Moskowitz
                                   United States District Judge

22

23

24

25

26

27

28

08CV134 BTM (CAB)