H. Albert Richardson (Admitted *Pro Hac Vice*)
BLACK LOWE & GRAHAM
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Tel: (206) 381-3300
richardson@Blacklaw.com

Richard A. Clegg, SBN 211213
SELTZER CAPLAN MCMAHON VITEK
750 B St., Ste. 2100
San Diego, California 92101
Tel: (619) 685-3086
clegg@scmv.com

Attorneys for Defendant STAR ASIA, U.S.A., LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>STAR ASIA, U.S.A., LLC; and DOES 1 to 100<br><br>Defendants. | CASE NO. 08 CV 0307 BTM (CAB)<br><br>**DEFENDANT STAR ASIA, U.S.A., LLC'S WAIVER OF DEFENSES**<br><br>Honorable Barry T. Moskowitz |

In its Answer and Affirmative Defenses filed on April 24, 2008, Defendant Star Asia alleged in Section 2 entitled "Affirmative Defenses" that the Court lacks personal jurisdiction over Star Asia and that venue in the Southern District of California is improper. Subsequently, on May 23, 2008 the Court ordered that Defendant should file its motion to dismiss for lack of personal jurisdiction and improper venue on or before July 11, 2008.

While these defenses continue to be meritorious, Star Asia now believes in view of the significant number of other infringement cases involving the '184 patent currently pending in this District and considerations of judicial economy it would be advantageous if the matter were to remain before this Court. Accordingly, Star Asia, hereby waives its affirmative defenses that the Court lacks personal jurisdiction over Star Asia and that venue in this district is improper.

DATED: June 16, 2008          BLACK LOWE & GRAHAM PLLC

By: /s/ H. Albert Richardson
    H. Albert Richardson, Esq.
    (Admitted *Pro Hac Vice)*

Attorneys for Defendant STAR ASIA, U.S.A., LLC

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, the foregoing, **DEFENDANT STAR ASIA, U.S.A., LLC'S WAIVER OF DEFENSES** was filed and served via the Electronic Case Management System.

| | |
|---|---|
| James Michael Kaler<br>Law Offices of James M. Kaler<br>9930 Mesa Rim Road<br>Suite 200<br>San Diego, CA 92121<br>Michael@kalerlaw.com<br>funlawguy@yahoo.com | Melody A. Kramer<br>Kramer Law Office<br>9930 Mesa Rim Road<br>Suite 1600<br>San Diego, CA 92121<br>mak@kramerlawip.com<br>esbjork@gmail.com |

/s/ H. Albert Richardson
 H. Albert Richardson, Esq.
 (Admitted *Pro Hac Vice*)