```
1   MELODY A. KRAMER, SBN 169984
2   KRAMER LAW OFFICE, INC.
    9930 Mesa Rim Road, Suite 1600
3   San Diego, California 92121
4   Telephone (858) 362-3150
    mak@kramerlawip.com
5
6   J. MICHAEL KALER, SBN 158296
    KALER LAW OFFICES
7   9930 Mesa Rim Road, Suite 200
    San Diego, California 92121
8   Telephone (858) 362-3151
9   michael@kalerlaw.com
10
```

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> STAR ASIA, U.S.A., LLC, a Washington Corporation; and DOES 1 – 100, <br><br> Defendants. | Case No. 08cv307 BTM CAB <br><br> **JOINT STIPULATION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE** |

Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust, and Defendant Star Asia, U.S.A, LLC by and through their respective counsel, hereby stipulate to an exception to stay for preservation of evidence by defendant on consistent terms with the ruling of this Court on August 20, 2008 in related cases[1] on motions for exception to stay to preserve evidence as follows:

1.  All prototype and production molds used in the production of the accused products within the custody and control of the Defendant will be preserved.

2.  All design and technical documents for the accused product within the control and custody of the Defendant will be preserved.

3.  Plaintiff will propound (and Defendant will answer) one (1) interrogatory on the Defendant that asks for the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who have prototype, production, design, technical documents or evidence regarding the accused products.

4.  The parties agree to abide by and be bound by the terms of this Stipulation upon signature by their attorneys.

The parties have authorized electronic signatures for purposes of this Stipulation.

IT IS SO STIPULATED.

//
//

---

[1] *Sorensen v. CTT Tools*, Case No. 08cv231; *Sorensen v. Emerson Electric*, Case No. 08cv00060; *Sorensen v. Esseplast*, Case No. 07cv2277; *Sorensen v. Logitech*, Case No. 08cv308; *Sorensen v. Ryobi*, Case No. 08cv00070; *Sorensen v. Senco*, Case No. 08cv00071.

1  DATED this Friday, September 05, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer
_____
J. Michael Kaler, Esq.
Melody A. Kramer, Esq.
Attorneys for Plaintiff

STAR ASIA U.S.A., LLC, Defendant

/s/  [signature]
_____

Attorney(s) for Defendant